# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01549-GPG
(**The above civil action number must appear on all future papers
   sent to the court in this action.  Failure to include this number
   may result in a delay in the consideration of your claims.**)

EUGENE CARL HATHAWAY,

      Applicant,

v.

UNITED STATES PAROLE COMMISSION,
EDWARD F. REILLY, JR.,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

On July 22, 2015, Applicant's Application for a Writ of Habeas Corpus Pursuant

to 28 U.S.C. § 2241, was transferred to this Court from the District of Columbia

(Washington, D.C.). (ECF No. 1).  Applicant, a federal prisoner, is currently incarcerated

at the United States Penitentiary in Florence, Colorado.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the application is

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Applicant files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   <u>xx</u>     is missing certificate showing current balance in prison account

(5)     __     is missing required financial information
(6)     __     is missing authorization to calculate and disburse filing fee payments
(7)     __     is missing an original signature by the prisoner
(8)     xx     is not on proper form (must use the court's current form)
(9)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(10)    xx     other: instead of filing a §1915 motion and supporting documents,
               applicant may pay the $5.00 filing fee.

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    _xx_   is not on proper form (must use the current court-approved form).
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. ___
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     names in caption do not match names in text
(17)    __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(18)    __     other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Applicant files in response to

this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas

Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241 forms (with the assistance of his case manager or the facility's legal assistant),

along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED July 22, 2015, at Denver, Colorado.

2

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge