**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01549-GPG

EUGENE CARL HATHAWAY,

    Applicant,

v.

EDWARD F. REILLY, JR., Chairman of the United States Parole Commission et al.,
J. OLIVER, Warden, A.D.X. Facility,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On July 23, 2015, Applicant filed *pro se* a "Motion for Leave to file an Amend [sic] Complaint" (ECF No. 6) and a "Motion to Stay" (ECF No. 7). Subsequently, on August 7, 2015, Applicant filed an Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 8). Therefore, his "Motion for Leave to file an Amend [sic] Complaint" (ECF No. 6) is **DENIED** as moot.

    The "Motion to Stay" is somewhat confusing because it requests a stay until August 30, 2015, "when the Respondent [sic] appeal deadline 60 days is expired. Given [sic] the Respondent the required 60 days to respond to the appeal that was submitted by the Petitioner on July 21, 2015." The Motion fails to identify what appeal was submitted on July 21, 2015. However, the Court notes that, attached to the Applicant's Amended § 2241 Application, is a copy of the appeal he filed with the US Parole Commission on June 21, 2015. (ECF No. 8 at 19). Therefore, liberally construing the *pro se* Motion, it appears Applicant is requesting a stay because he has not received a decision regarding his US Parole Commission appeal, which was filed by Applicant on June 21, 2015, not July 21, 2015 as the Motion mistakenly states.

    In any case, Applicant fails to provide any reason that would justify a stay and he provides no explanation for why he did not wait for a decision on his appeal before filing his habeas application. Therefore, the Motion to Stay (ECF No. 7) will be **DENIED**.

Dated:  August 11, 2015,