IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01549-MJW

EUGENE CARL HATHAWAY,

Applicant,

v.

EDWARD F. REILLY, JR., Chairman of the United States Parole Commission et al.,

Respondent.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that:

- The parties **SHALL FILE** the Consent/Non-Consent Form (*see* Docket No. 28, pp.3-4), indicating whether the parties consent or do not consent to magistrate jurisdiction under 28 U.S.C. § 636(c), **on or before December 24, 2015**.

- Applicant's Application to Proceed in District Court Without Pre-Paying Fees or Costs (**Docket No. 4**) is **DENIED AS MOOT** because he has already paid the filing fee in full.  (*See* Docket No. 26, p.1 (citing Docket No. 15).).

- Applicant's Motion to Terminate Respondent J. Oliver (**Docket No. 23**) is **TERMINATED**.  Senior Judge Lewis T. Babcock granted the motion in his Order to Dismiss in Part and to Draw Case.  (*See* Docket No. 26, p.2).

Date: December 2, 2015